United States District Judge RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CYNTHIA M. DURAN N/K/A ADAMS ) | |
| ) | Case No.: 3:10-cv-05738-RBL |
| Plaintiff, ) | |
| ) | ORDER FOR EAJA FEES, COSTS AND |
| vs. ) | EXPENSES |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| ) | |

Based upon the stipulation of the parties, it is hereby ORDERED that attorney's fees in the total amount of $6,401.83, and expenses in the amount of $22.63 (for postage) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and no costs pursuant to 28 U.S.C. § 1920; 31 U.S.C. § 1304(a), shall:

1. Be awarded to Plaintiff pursuant to <u>Astrue v. Ratliff</u>, __ U.S. __ (2010), 130 S.Ct. 2521 (2010) and delivered via check to Plaintiff's counsel, Jon Erik Mueller, at Mr. Mueller's office at Elie Halpern & Associates, PLLC, 810 3rd Avenue, Suite 307, Seattle, WA 98104; however,

2. If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees, expenses, and costs are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees, expenses, and costs shall be made payable to Plaintiff's attorney, Jon Erik Mueller, at Mr. Mueller's office at Elie Halpern & Associates, PLLC, 810 3rd Avenue, Suite 307, Seattle, WA 98104; however,

[PROPOSED] ORDER FOR EAJA FEES, COSTS AND EXPENSES
[3:10-cv-05738-RBL] - 1

Elie Halpern & Associates, PLLC
810 3rd Avenue, Suite 307
Seattle, WA 98104
Telephone: 206-622-1180
Fax: 206-632-7155
jon@ssavalaw.com

DATED this 28th day of September, 2011.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

S/JON ERIK MUELLER
JON ERIK MUELLER, WSBA #20632
Attorney for Plaintiff

[PROPOSED] ORDER FOR EAJA FEES, COSTS AND EXPENSES
[3:10-cv-05738-RBL] - 2

Elie Halpern & Associates, PLLC
810 3rd Avenue, Suite 307
Seattle, WA 98104
Telephone: 206-622-1180
Fax: 206-632-7155
jon@ssavalaw.com